Michele K. Anderson, michele@anderson-west.net (9249)
Attorney for Plaintiff
Anderson-West, PLLC
2150 South 1300 East, Suite 500
Salt Lake City, Utah 84106
P:  801.207.8216
F:  801.207.8218

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| MICHELE MORIN, an individual;<br><br>Plaintiff,<br>v.<br><br>CREDIT COLLECTION SERVICES GROUP, INC. a Georgia Corporation, DAVID P. FREITAG, an individual and JOHN DOES 1 THROUGH 25, BEING FICTITIOUS NAMES OF UNITENTIFIED PERSONS WHO CONTROL THE POLICIES AND PRACTICES INVOKED BY CREDIT COLLECTION SERVICES GROUP, INC.<br>Defendant(s). | MOTION TO DISMISS WITH PREJUDICE AS TO DEFENDANTS JOHN DOES 1 THROUGH 25<br><br><br><br>Case No. 2:10cv- 61<br><br><br>JUDGE SAMUEL ALBA |

COMES NOW Plaintiff, by and through the undersigned counsel, and asks this Court enter an Order Dismissing the Complaint With Prejudice as to Defendants John Does 1 through 25.

Dated this 13th day of April, 2010.

Respectfully submitted,

       /s/ Michele K. Anderson