Michele K. Anderson (9249)
Attorney for Plaintiff
Anderson-West, PLLC
4659 Highland Drive
Salt Lake City, Utah 84117
P:  (801) 272-1491
F:  (877) 272-2691

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| MICHELE MORIN, an individual; <br><br> Plaintiff, <br> v. <br><br> CREDIT COLLECTION SERVICES GROUP, INC. a Georgia Corporation, DAVID P. FREITAG, an individual and JOHN DOES 1 THROUGH 25, BEING FICTITIOUS NAMES OF UNITENTIFIED PERSONS WHO CONTROL THE POLICIES AND PRACTICES INVOKED BY CREDIT COLLECTION SERVICES GROUP, INC. <br> Defendant(s). | MOTION TO DISMISS WITH PREJUDICE <br><br> Case No. 2:10cv- 61 <br><br> JUDGE SAMUEL ALBA |

COMES NOW Plaintiff, by and through the undersigned counsel, and asks this Court enter an Order Dismissing the Complaint With Prejudice.

Dated this 4th day of October, 2010.

Respectfully submitted,

_____/s/ Michele K. Anderson