FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

OCT 06 2010

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

Michele K. Anderson (9249)
Attorney for Plaintiff
Anderson-West, PLLC
4659 Highland Drive
Salt Lake City, Utah 84117
P: (801) 272-1491
F: (877) 272-2691

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| MICHELE MORIN, an individual; Plaintiff, v. CREDIT COLLECTION SERVICES GROUP, INC. a Georgia Corporation, Defendant. | ORDER OF DISMISSAL Case No. 2:10cv- 61 |
|---|---|

THE COURT, on Plaintiff's Motion to Dismiss with Prejudice, after reviewing the file, being fully advised in the premises and for good cause showing, hereby

ORDERS, ADJUDGES AND DECREES:

PLAINTIFF'S COMPLAINT IS DISMISSED WITH PREJUDICE. Each party shall bear their own costs and attorney's fees.

DATED this 5th day of October, 2010.

BY THE COURT:

_____
Judge Clark Waddoups
United States District Court Judge